UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

ELSIE BECK GLICKERT, et al.        )
                                   )
        Plaintiffs,                )
                                   )
   vs.                             )        No. 4:13cv2170 SNLJ
                                   )
THE LOOP TROLLEY                   )
TRANSPORTATION DEVELOPMENT         )
DISTRICT, et al.                   )
                                   )
        Defendants                 )
                                   )

## ORDER

In accordance with the memorandum filed today,

**IT IS HEREBY ORDERED** that defendant Loop Trolley Transportation Development District's Motion to Dismiss and Motion for Summary Judgment (#44) is **GRANTED**.

**IT IS FURTHER ORDERED** that plaintiffs Elise Glickert, Jen Rivenes Jensen, and Irene Franklin's Count I is **DISMISSED** for lack of subject matter jurisdiction.

**IT IS FURTHER ORDERED** that defendants are granted summary **JUDGMENT** on plaintiff Peter Sarandos's claim in Count I.

**IT IS FURTHER ORDERED** that the remaining counts of the complaint are **DISMISSED** pursuant to 28 U.S.C. § 1367(c).

**IT IS FINALLY ORDERED** that all remaining motions are **DENIED** as moot.

Dated this   28th   day of April, 2014.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE